438 A.2d 626

Commonwealth v. Larew, Appellant.

Petition for Allowance of Appeal Denied Feb. 25, 1982.

Submitted May 22, 1981. Michael J. Antkowiak, for appellant; F. Walter Bloom, District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed on the basis of the lower court opinion of President Judge William E. Breene.

PRICE, J., did not participate in the consideration or decision of this case.